IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

     Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 6, 2006.**

     Plaintiff's Motion Requesting Judge to Sign for Defendant to be Served by the Marshal as per Request [Filed November 1, 2006; Docket #11] is **denied** as moot. The Court previously issued its Order directing Service by the United States Marshal Service.