IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

    Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

    Defendant.

---

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 19, 2007.**

    Defendant's Motion to Strike [Filed January 17, 2007; Docket #22] is **denied**. Construing a *pro se* Plaintiff's pleadings liberally, the Court will construe Plaintiff's pleading solely as a Response to the Motion to Dismiss.

    Defendant is cautioned that its pleadings do not comply with D.C.Colo.LCivR. 10.1.E, and in the future may be stricken without further notice.

    Plaintiff is reminded that an Amended Complaint can only be filed after first seeking leave of the Court, in the form of a Motion to Amend Complaint, and second such request being granted.