IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

    Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 31, 2007.**

    Plaintiff's Motion to Clarify [Filed January 29, 2007; Docket #28] is **granted** as follows. Pursuant to this Court's Recommendation, Plaintiff can file pages 2 through 12 of her "Response to Motion to Dismiss" as an Amended Complaint. To do so, however, Plaintiff must sign and date the last page. Plaintiff is to file her Amended Complaint on or before **February 9, 2007**.