**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

    Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

    Defendant.
_____

**ORDER**
_____

    This case is before me upon the Recommendation of the Magistrate Judge that Defendant's Motion to Dismiss filed December 22, 2006, Docket #17, be denied as to the Plaintiff's claim for racial discrimination for her termination and granted as to all other claims.  Neither party has filed any written objection to the Magistrate Judge's recommendation and therefore the parties are barred from *de novo* review.  Accordingly

    IT IS ORDERED that Defendant's Motion to Dismiss filed December 22, 2006, Docket #17, is DENIED as to Plaintiff's claim for racial discrimination for her termination and GRANTED as to all other claims.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED:   February 12, 2007