**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

        Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

        Defendant.
_____

**ORDER**
_____

This case is before me upon the Recommendation of the Magistrate Judge that Defendant's Motion to Dismiss filed February 8, 2007 [Doc #36] be granted and pursuant to the previous Recommendation of the Magistrate Judge adopted by me on February 12, 2007, Plaintiff's Amended Complaint be limited to the claim of wrongful discharge based on racial discrimination. Neither party has filed any written objection to the Magistrate Judge's recommendation and therefore the parties are barred from *de novo* review. Accordingly

IT IS ORDERED that Defendant's Motion to Dismiss filed February 8, 2006 [Doc #36] is GRANTED and pursuant to my Order of February 12, 2007 adopting the previous Recommendation of the Magistrate Judge, Plaintiff's Amended Complaint should be limited to the claim of wrongful discharge based on racial discrimination.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED:  March 9, 2007