IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

    Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 25, 2007.**

    Defendant's Unopposed Motion to Amend the Scheduling Order [Filed April 23, 2007; Docket #50] is **granted**. The discovery cut-off is moved to May 25, 2007, and the dispositive motion deadline is changed to June 25, 2007.