IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

    Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 22, 2007.**

    Defendant's Motion to Vacate Final Pretrial Conference and Settlement Conference or, in the Alternative, to Permit Telephonic Participation at Settlement Conference [Filed August 20, 2007; Docket #68] is **granted in part** and **denied in part**.  Based on the pending Recommendation, the settlement conference set for August 27, 2007, is **vacated**.  Nevertheless, to prepare the case in the event that a trial remains scheduled, the Final Pretrial Conference is **rescheduled** to **August 27, 2007, at 9:30 a.m.**