## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

    Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

    Defendant.
_____

**ORDER**
_____

This case is before the Court on the Recommendation of the Magistrate Judge that Defendant's Motion for Summary Judgment on the remaining claim in this case (Doc #54) be granted. The Plaintiff has filed timely written objections to the Magistrate Judge's recommendation. I have therefore reviewed the recommendation *de novo*. On *de novo* review, I conclude that it is correct. Accordingly, it is

ORDERED that Defendant's Motion for Summary Judgment (Doc #54) is GRANTED and the above action is DISMISSED.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   September 6, 2007