**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-01991-LTB-MEH

BETTY Y. FORTT,

      Plaintiff,

v.

ARTISTIC BEAUTY COLLEGE,

      Defendant.
_____

**ORDER**
_____

This case is before the Court on the Recommendation of the Magistrate Judge that Plaintiff's Motion for Judgment and Compensation from Defendant for Loss Time from Work and Relocation Moving Expenses [Doc 80] be denied. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that Plaintiff's Motion [Doc 80] is DENIED.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: January 8, 2008